AO 451  (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  22-3278(RC) |
| ADVANTAGE SALES & MARKETING LLC et al | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     11/08/2023     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:     02/24/2025



*ANGELA D. CAESAR, CLERK OF COURT*

Byron M Lee Jr.    Digitally signed by Byron M Lee Jr.
Date: 2025.02.24 09:45:21 -05'00'

*Signature of Clerk or Deputy Clerk*