AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, et al., <br><br> *Plaintiff* <br><br> v. <br><br> ADVANTAGE SALES & MARKETING, LLC, et al., <br><br> *Defendant* | ) <br> ) <br> )    Civil Action No. 22-3278 (RC) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☒ other: Respondents Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P. recover from Petitioners Petruss Media Group, LLC f/k/a Take 5 Media Group LLC, RJV Marketing Corp., Richard Gluck, and Alexander Radetich, jointly and severally, the amount of $74,816,853.37, which includes prejudgment interest at the rate of 7.25% per year from October 19, 2022 to August 25, 2023, plus post-judgment interest at the rate of 5.39% per annum.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Rudolph Contreras on August 25, 2023 and October 30, 2023 on motions for (1) Confirmation of the Award and (2) Entry of Final Judgment.

Date: 11|8|2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*



**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

Byron M Lee Jr.
Digitally signed by Byron M Lee Jr.
Date: 2025.02.24 09:43:01 -05'00'