# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**

Petruss Media Group, LLC f/k/a Take 5 Media Group LLC; Alexander Radetich, Richard Gluck; and RJV Marketing Corp.

**Attorney's (Firm Name, Address, and Telephone Number)**

**DEFENDANTS**

Advantage Sales & Marketing LLC; Advantage Sales & Marketing Inc.; Karman Intermediate Corp.; Advantage Solutions Inc.; and Karman Topco, L.P.

**Attorneys (If Known)**

Alan A. Greenberg
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Tel: (949) 383-2800

---

**DESCRIPTION OF CASE**

**Has this or a similar case been previously filed in SDNY ?**

No? **✔**    Yes? ☐    Judge Previously Assigned _____

If yes, was this case: Vol. ☐    Invol. ☐    Dismissed. No ☐    Yes ☐

If yes, give date: _____    & Case No. _____

---

**NATURE OF CASE**

- ☐ M 08-85 Motion to Compel
- ☐ M 08-85 Motion to Quash
- ☐ M 08-86 Internet Infringement
- ☐ M 08-88 Surety Companies
- ☐ M 08-425 Sureties Proceedings
- ☐ M 11-03 SEC Litigation to Freeze Account
- ☐ M 11-188 GJ Subpoenas - Unsealed
- ☐ M 11-189 GJ Subpoenas - Sealed
- ☐ M 16-88 Sale of Unclaimed Seamen's' Effects
- ☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- ☑ M 18-302 Registration of a Judgment from Another District
- ☐ M 18-304 Administrative Subpoena Proceedings
- ☐ M 18-305 Registration of Student Loan Judgment
- ☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
- ☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- ☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- ☐ M 19-63 Receivers - Property in Other Districts
- ☐ M 19-78 Denial to Sue In Forma Pauperis
- ☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- ☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
- ☐ M 23 Petition to Perpetuate Testimony
- ☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
- ☐ M 25-2 Permission to have access to safe deposit boxes
- ☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
- ☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- ☐ M 28 Warrant for Entry & Inspection of Premises
- ☐ M 29 Privacy Act Application
- ☐ M 30 Privacy Act Application
- ☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- ☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
- ☐ M 33 Inspection Warrant - Department of Energy
- ☐ M 34 Order of Another District Court that the State Court Produce
- ☐ M 35 Order to Stay Transfer of Federal Prisoner
- ☐ M 36 National Labor Relations Board
- ☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- ☐ M 38 Application for Reassignment of Bankruptcy Proceeding
- ☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- ☐ M 41 Order of Return of 28:2254/2255 Petition

- ☐ M 42 Order Denying Stay of Deportation
- ☐ M 43 Contempt of Court in Bankruptcy
- ☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- ☐ M 46 Order from Another District for Public Viewing
- ☐ M 47 Bankruptcy Cases - Before Appeal Filed
- ☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- ☐ M 48 Application for Appointment of Counsel - No Case in This Court
- ☐ M 49 Order Denying Commencement of Civil Action
- ☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- ☐ M 52 Application for Leave to File a Complaint
- ☐ M 53 Order Barring Individual from Entering Courthouse Building
- ☐ M 54 Immigration Naturalization - Order Delaying Deportation
- ☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- ☐ M 58 Application for Extension of Time to File Petition for Removal
- ☐ M 59 Application to Produce Federal Prisoner in State Court
- ☐ M 67 Notice of Eviction to Squatters (USA Cases)
- ☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
- ☐ M 72 Order of Attachment of Another District – EDNY
- ☐ M 73 Subpoena to Government Agency
- ☐ M 75 Application for Writ of Garnishment
- ☐ M 76 Central Violations Bureau
- ☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- ☐ M 90 Order of Attachment
- ☐ M 93 Letters Rogatory _____
- ☐ M 94 Other _____
- ☐ M 98 Application to file a civil case under seal.
- ☐ M 100 Motion to Unseal – Criminal Duty Matter
- ☐ M 101 Motion to Unseal – Criminal
- ☐ M 102 Motion to Unseal – Civil

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE_____MISCELLANEOUS CASE NUMBER_____

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Petruss Media Group, LLC f/k/a Take 5 Media Group LLC
2385 N.W. Executive Center Drive, Suite 290
Boca Raton, Palm Beach County, FL 33431

Alexander Radetich
2121 N.W. 30th Road
Boca Raton, Palm Beach County, FL 33431-6367

Richard Gluck
484 E. Royal Palm Road
Boca Raton, Palm Beach County, FL 33432-5028

RJV Marketing Corp.
1000 Brickell Ave, Suite 1020
Miami, Miami-Dade County, FL 33131

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Advantage Sales & Marketing LLC
Advantage Sales & Marketing Inc.
Karman Intermediate Corp.
Advantage Solutions Inc.
Karman Topco L.P.
c/o Bryce Robinson
15310 Barranca Parkway, Suite 100
Irvine, Orange County, CA 92618

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    No ✔    Yes ☐

**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS ☐    MANHATTAN ✔

**SIGNATURE OF ATTORNEY OF RECORD**

RECEIPT #

Tammi M. Hellwig, Clerk of Court, _____

Dated: _____

**ADMITTED TO PRACTICE IN THIS DISTRICT**

☐  U.S. GOVERNMENT ATTORNEY

☐  NO

✔  YES (DATE ADMITTED (MM/YY) __09/16__ )

ATTORNEY BAR CODE # __AG1508__

Dated: 03/20/2025