ABSTRACT OF JUDGMENT

**Re:** Petruss Media Group LLC f/k/a Take 5 Media Group, LLC, et al. v. Advantage Sales & Marketing LLC, et al.

Case Number: 1:25-mc-00117

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Petruss Media Group, LLC f/k/a Take 5 Media Group LLC<br>2385 N.W. Executive Center Drive, Suite 290<br>Boca Raton, Palm Beach County, FL 33431<br><br>Alexander Radetich<br>2121 N.W. 30th Road<br>Boca Raton, Palm Beach County, FL 33432-6367<br><br>Richard Gluck<br>484 E. Royal Palm Road<br>Boca Raton, Palm Beach County, FL 33432-5028<br><br>RJV Marketing Corp.<br>1000 Brickell Ave., Suite 1020<br>Miami, Miami-Dade County, FL 33131 | Advantage Sales & Marketing LLC<br>Advantage Sales & Marketing Inc.<br>Karman Intermediate Corp.<br>Advantage Solutions Inc.<br>Karman Topco L.P.<br>c/o Bryce Robinson<br>15310 Barranca Parkway, Suite 100<br>Irvine, Orange County, CA 92618 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $74,816,853.37 | Alan A. Greenberg<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626<br>Tel: 949-383-2800<br>Fax: 949-383-2801<br>E: AGreenberg@GGTrialLaw.com | 11/08/2023 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE - U.S. DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York                    **, New York**

**TAMMI M. HELLWIG, Clerk of Court**

_____

**By,**            **Deputy Clerk**