**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP LLC; ALEXANDER RADETICH; RICHARD GLUCK; AND RJV MARKETING CORP., <br><br> Petitioners and Judgment Debtors, <br><br> -v- <br><br> ADVANTAGE SALES & MARKETING LLC; ADVANTAGE SALES & MARKETING INC.; KARMAN INTERMEDIATE CORP.; ADVANTAGE SOLUTIONS INC.; AND KARMAN TOPCO L.P., <br><br> Respondents and Judgment Creditors. | Case No.: 1:25-mc-00117 |

**NOTICE OF PARTIAL SATISFACTION OF JUDGMENT**

Notice is hereby given that the judgment creditors have acknowledged partial satisfaction of the judgment and have released two of the four judgment debtors, as set forth in the attached documents that were filed in the United States District Court for the District of Columbia (Case No. 1:22-cv-03278-RC(ZF)), which is the Court where the judgment was initially entered:

- **Exhibit A** – Notice of Partial Satisfaction of Judgment regarding RJV Marketing Corp. [ECF No. 95]; and

- **Exhibit B** – Partial Satisfaction and Release of Judgment and Discharge Only as to Respondent /Judgment Debtor, Alexander Radetich [ECF No. 96].

The judgment remains outstanding against the remaining judgment debtors: (i) Richard Gluck and (ii) Petruss Media Group, LLC f/k/a Take 5 Media Group LLC.

DATED: May 15, 2026                          GREENBERG GROSS LLP


By: _____

Alan A. Greenberg
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
(949) 383-2800

Attorneys for Respondents  Advantage Sales &
Marketing LLC; Advantage Sales & Marketing
Inc.; Karman Intermediate Corp.; Advantage
Solutions Inc.; and Karman Topco L.P.

2