**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Petruss Media Group, LLC f/k/a Take 5 Media Group, LLC; Alexander Radetich; Richard Gluck; RJV Marketing Corp. | 1:25-mc-00117 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P. | Writ of Execution |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Wise US Inc.

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
30 W 26th Street, New York, NY 10010

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Alan A. Greenberg<br>Greenberg Gross LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of:

☐ PLAINTIFF
☒ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 702-777-0887 | 5/12/2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | | 5/8/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date | Time | |
|---|---|---|---|
| | 5/27/26 | 3:33 | ☐ am ☒ pm |

| Address (*complete only if different than shown above*) | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Justin Allen Security Guard.

U.S. MARSHALS SERVICE
SOUTHERN NEW YORK

RECEIVED
MAY 19 '26 12:14

Form USM-285
Rev. 03/21